UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM GARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-342-B-W |
| | ) | |
| INHABITANTS OF THE CITY OF | ) | |
| BANGOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 15, 2009 her

Recommended Decision (Docket # 32).   The Plaintiff filed his objections to the

Recommended Decision on July 1, 2009 (Docket # 33) and the Defendants filed their

response to those objections on July 20, 2009 (Docket # 34).  The Court has reviewed and

considered the Magistrate Judge's Recommended Decision, together with the entire

record, and has made a *de novo* determination of all matters adjudicated by the

Magistrate Judge's Recommended Decision.   The Court concurs with the

recommendations of the United States Magistrate Judge for the reasons set forth in her

Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate
   Judge (Docket # 32) is hereby AFFIRMED;

2. It is further ORDERED that the Motion for Summary Judgment (Docket #
   11) be and hereby is GRANTED as to all claims against Defendants
   Inhabitants of the City of Bangor, Detective Timothy Cotton, and Detective
   Brent Beaulieu.

2

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2009